**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 237 MAL 2014
                                        :

             Respondent     :

                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court

               v.                     :

                                          :

                                          :

MELVIN W. COWART,                    :

                                          :

              Petitioner       :


## ORDER


**PER CURIAM**

     **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.